**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01276-SKC

OTTER PRODUCTS, LLC, et al.,

    Plaintiffs,

 v.

SAMUEL TRIEGER, et al.,

    Defendants.

_____

**NOTICE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**
_____

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc. hereby give notice that all claims in this action are dismissed with prejudice, with each party bearing its own costs.

Dated this 25th day of June 2019.    Respectfully submitted,

    *s/ Tyler B. Pensyl*
    William D. Kloss, Jr. (Ohio Bar No. 0040854)
    Tyler B. Pensyl (Ohio Bar. No. 0080649)
    Arryn K. Miner (Ohio Bar No. 0093909)
    Vorys, Sater, Seymour and Pease LLP
    52 East Gay Street
    Columbus, Ohio 43216
    Phone: (614) 464-6334
    Facsimile: (614) 719-5072
    Email: wdklossjr@vorys.com
          tbpensyl@vorys.com
          akminer@vorys.com

>Martha L. Fitzgerald, #14078
>Joshua A. Weiss, #49758
>Brownstein Hyatt Faber Schreck, LLP
>410 Seventeenth Street, Suite 2200
>Denver, Colorado 80202-4432
>Phone: (303) 223-1472
>Email: mfitzgerald@bhfs.com
>           jweiss@bhfs.com
>
>*Counsel for Plaintiffs Otter Products, LLC*
>*and TreeFrog Developments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on June 25, 2019. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

>*s/ Tyler B. Pensyl*
>Tyler B. Pensyl